Moultrie v. State

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Anthony Hopkins,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal from Richland County
J. Ernest Kinard, Jr., Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2004-MO-014
Submitted March 17, 2004 - Filed April 
 8, 2004

DISMISSED

 
 
 
Robert M. Pachak, of South Carolina Office of Appellate 
 Defense, of Columbia, for petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General B. Allen 
 Bullard, and Assistant Attorney General David Spencer, all of Columbia, for 
 respondent.
 
 
 

 PER CURIAM:  After careful consideration, we dismiss the writ 
 as improvidently granted.  See Wolfe v. State, 326 S.C. 158, 485 
 S.E.2d 367 (1997) (defendant who pleads guilty on advice of counsel must show 
 counsel was ineffective).
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.